UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSEPH JERARD GUIDRY

VERSUS

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY

CIVIL ACTION

NO. 10-383-BAJ-DLD

**RULING AND
ORDER OF DISMISSAL**

The Court, having carefully considered the complaint, the record, the law

applicable to this action, and the Report and Recommendation of United States

Magistrate Judge Docia L. Dalby dated September 2, 2011, to which no objection has

been filed, hereby approves the report and recommendation of the magistrate judge and

adopts it as the court's opinion herein.

Accordingly, the decision of the Commissioner denying benefits is affirmed, and

plaintiff's complaint is dismissed with prejudice.

Baton Rouge, Louisiana, September 30, 2011.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA